UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OFFIONG ARNEZ GILLIMAS, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | Case No. 4:09CV1118 JCH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### **ORDER**

**IT IS HEREBY ORDERED** that the Court will hold an evidentiary hearing, in order to determine the facts relating to the claims raised in Movant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. No. 1).

**IT IS FURTHER ORDERED** that the presence and participation of Offiong Arnez Gillimas, Inmate # 34712-044, are required for the evidentiary hearing, which will be held before this Court on **Monday, May 17, 2010**, at **10:00 a.m.**

**IT IS FURTHER ORDERED** that the United States Marshal Service shall transport Movant Offiong Arnez Gillimas, Inmate # 34712-044, from USP Lee, in Jonesville, Virginia, to this Court, to attend this hearing.

**IT IS FURTHER ORDERED** that the claims in Movant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. No. 1) are **HELD IN ABEYANCE**, pending the outcome of the scheduled evidentiary hearing.

Dated this 10th day of March, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE